# Exhibit A

W. Douglas Hajjar

13925 Old Coast Rd. #701

Naples, FL, 34110

Cell: 508-801-6490


Honorable Nathaniel M. Gorton

John Joseph Moakley U.S. Courthouse

One Courthouse Way

Boston, MA, 02210


Dear Judge Gorton,

   My name is Doug Hajjar and Richard Hajjar is my younger brother. I am the eldest, at age 74 of our family's six children. In 1968, I graduated Boston College and was married with two babies. In 1969, I left to serve in Vietnam. I was 4 Star General Creighton Abrams Intelligence Officer and was awarded The Bronze Star Medal for my service. I only tell you this because that is when I began to appreciate what a special person Richard was. He was about 12 when I left for Vietnam, and my wife moved in with her parents and our 13 month, and one month old babies. They lived down the street from my parents and my remaining 5 siblings. The family was very concerned with my safety and everyone did their part to help my wife and babies. Richard was the shining light during that year, always making sure he helped my wife and acting like a doting uncle to the babies. My wife really appreciated Ricky's quiet, compassionate demeanor around the babies. Letters from the family would always assure me that my wife and babies were doing well, and always commented on how good Ricky was with the babies. My Letters from Ricky were very comforting to me and impressive coming from a 12-year-old. And he always sent me the best "care" packages with my favorite items. When I returned home after a year at war, and feeling proud serving my country, I was most proud of my little brother Ricky and how much he contributed to my family's well-being. This compassionate giving characteristic defined Richard for most of his life.

   Three of my oldest children have written to you with their own comments about how uncle Ricky has been there for them and their children over the past 40-50 years. And the two oldest kids first learned about uncle Ricky's character when their dad was in

Vietnam. Uncle Ricky never forgot a birthday, graduation, wedding or event in their lives or their children's lives.

During the last 18 months, the family has been in shock trying to understand how such a lifetime "giver" could go off the rails in such a severe reversal of his true character. We have no answers or excuses, and there may not be any. We are embarrassed for his actions, but not as embarrassed as he is. Yet, when we speak the first thing he asks is "how is Mary doing". Mary is my wife of 53 years and she has been in a 3-year battle with cancer. 50 years later he still remains the compassionate "giver" to my wife even in the middle of his personal disaster.

It's been over 50 years since my return from Vietnam, and this may seem unusual, but I remain proud of how Richard has handled his out-of-character disaster. He has taken responsibility, made restitution of everything he has (long before the government began their investigation), and he is ready to pay the price for his stupidity.

Your Honor, if the purpose of my email to you was to provide an opinion on how to run a successful high-tech company, I would gladly give that opinion based on many years' experience. However, I respectfully rely on your many years as a judge in these kind of cases to provide an appropriate sentence on my brother Richard.

I would only ask your Honor, to please consider that Richard has been a great person, role model, and "giver" most of his life. We believe he will continue to be the compassionate giver for many years in the future.

I can assure you that our family will be here for him once he has completed your sentence - just as he has always been there for us. I am confident that he will make you, and us, proud of him in the future.


Sincerely,

Doug Hajjar