UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-CR-10116-NMG |
| ) | |
| RICHARD HAJJAR, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

**GORTON, D.J.**

WHEREAS, on September 16, 2021, this Court issued a Preliminary Order of Forfeiture against the following property, in connection with the charges against the defendant ~~[name]~~ Richard Hajjar (the "Defendant"), pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

(a) The real property located at 14 Ryan's Lane, Duxbury, Massachusetts more particularly described in the Quitclaim Deed recorded on March 11, 1996 at Book 14196, Page 238, in the Plymouth County Registry of Deeds.

(the "Property");

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on September 30, 2021 and ending on October 29, 2021;

WHEREAS, no claims of interest in the Property have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Property, and are hereby forfeited to the United States of America pursuant to 18

U.S.C. §§ 981(a)(1)(C), 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the Property are hereby held in default.

4. The United States is hereby authorized to dispose of the Property in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ Nathaniel M. Gorton
**NATHANIEL M. GORTON**
United States District Judge

Dated: 12/22/2021

2